IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVIS SCOTT RUHL,<br><br>　　　　　Defendant. | 4:17CR3101<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion to modify the release order, (Filing No. 78), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

   Defendant shall be released from The ARCH on March 13, 2024 to reside with his mother, Lori Jensen, while recovering from his ankle surgery. After recovery from his ankle surgery, Defendant will be placed in a transitional living residence and/or treatment.

Dated this 13th day of March, 2024.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　United States Magistrate Judge